IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 10-2818 LHK (PR) |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| v. | ) | |
| JAMES MANN, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time in which to file his amended complaint.

In an order dated January 11, 2011, the Court directed Plaintiff to file an amended complaint within thirty days from the date the order was filed. Because it appears no party would be prejudiced by an extension, Plaintiff's motion is GRANTED. Plaintiff shall file his amended complaint, **within thirty (30) days** from the date this order is filed.

This order terminates docket no. 10.

IT IS SO ORDERED.

DATED:   3/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time to File An  Amended Complaint
P:\PRO-SE\SJ.LHK\CR.10\Wilkins818EOT-AC.wpd