IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>      Plaintiff,<br><br> v.<br><br>GARY PICETTI, Judge, Superior Court<br>Alameda County, et al.,<br><br>      Defendants. | No. C 10-2818 LHK (PR)<br><br>ORDER DENYING MOTION FOR<br>EXTENSION OF TIME; DENYING<br>MOTION FOR APPOINTMENT OF<br>COUNSEL<br><br><br>(Docket Nos. 20 & 24) |

On March 17, 2011, Plaintiff, proceeding *pro se*, filed an amended complaint pursuant to 42 U.S.C. § 1983.  On April 25, 2011, the Court stayed the action pending resolution of pending criminal charges against Plaintiff.  The Court also denied Plaintiff's request for appointment of counsel.  (Docket No. 14.)  Plaintiff was instructed to request that the stay be lifted within thirty days of disposition of the criminal charges.  (*Id.*)  On January 14, 2013, Plaintiff filed a motion stating that he was convicted and sentenced on December 26, 2012, and requested an extension of ninety days to reactive this case.  (Docket No. 20.)  Plaintiff has also filed a motion for appointment of counsel.  (Docket No. 24.)

Plaintiff's motion for counsel (docket no. 24) is **DENIED** for want of changed circumstances since the Court denied his first motion for appointment of counsel.  Plaintiff's motion for an extension of time to reactive this case (docket no. 20) is **DENIED** as unnecessary.  Plaintiff's case is stayed, and will remain stayed until such time as Plaintiff files a request for the

1  stay to be lifted.  Plaintiff is directed to file such request only after the complete resolution of the

2  criminal case against him, including the conclusion of any appeal taken after conviction.

3       IT IS SO ORDERED.

4  DATED:  _6/24/13_

                                     LUCY H. KOH

5                                      United States District Judge