IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEENAN G. WILKINS, | ) | No. C 10-2818 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANTS' MOTION FOR REFERRAL TO PRO SE PRISONER SETTLEMENT PROGRAM; STAYING PROCEEDING AND ADMINISTRATIVELY CLOSING FILE |
| v. | ) ) ) | |
| GREGORY J. AHERN, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983 against the County of Alameda and its employees. On July 24, 2014, defense counsel was assigned to represent defendants in this matter. Previously, in two other cases initiated by plaintiff and naming County of Alameda defendants, *Wilkins v. County of Alameda*, No. 10-3090 LHK (pr), and *Wilkins v. Daly*, No. 13-4665 LHK (pr), the court stayed the actions and referred them to Magistrate Judge Vadas for a possible global settlement as plaintiff has several other active cases against County of Alameda defendants.

On August 13, 2014, defendants filed a motion for an extension of time, or a motion for referral to settlement conference. The court finds good cause to refer this matter to Magistrate Judge Nandor Vadas pursuant to the Pro Se Prisoner Settlement Program for settlement

1 proceedings on plaintiff's cognizable claims.  The proceedings will consist of one or more
2 conferences as determined by Magistrate Judge Vadas.  The conferences shall be conducted with
3 defendants, or the representative for defendants, attending by videoconferencing if they so
4 choose.

5       The instant case is REFERRED to Magistrate Judge Vadas pursuant to the Pro Se
6 Prisoner Settlement Program for settlement proceedings on the cognizable claim in this action.
7 The proceedings shall take place within **one hundred twenty (120) days** of the filing date of this
8 order, or as soon as practicable.  Magistrate Judge Vadas shall coordinate a time and date for a
9 settlement conference with all interested parties or their representatives and, within **ten (10)**
10 **days** after the conclusion of the settlement proceedings, file with the court a report regarding the
11 prisoner settlement proceedings.  If these settlement proceedings do not resolve this matter, the
12 court will set a briefing schedule.

13       In light of the referral to Magistrate Judge Vadas, defendants' motion for a referral to a
14 settlement conference is GRANTED.   The Clerk of the Court shall mail a copy of the court file,
15 including a copy of this Order, to Magistrate Judge Vadas in Eureka, California.  The briefing
16 schedule issued on June 23, 2014, is VACATED.  The instant case is STAYED pending the
17 settlement conference proceedings and further order of this court.  The Clerk shall
18 ADMINISTRATIVELY CLOSE the file.

19       This order terminates docket number 60.
20       IT IS SO ORDERED.
21 DATED:   8/19/14                              *Lucy H. Koh*
                                                LUCY H. KOH
22                                              United States District Judge

Order Granting Defendants' Motion for Referral to Pro Se Prisoner Settlement Program; Staying Proceeding and Administratively Closing File
P:\PRO-SE\LHK\Old\CR.10\Wilkins818Vadas.wpd    2