1  Thomas F. Bertrand, SBN 056560
2  Michael C. Wenzel, SBN 215388
   Bertrand, Fox & Elliot
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California  94109
   Telephone:  (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email: mwenzel@bfesf.com
6
   Attorneys for Defendants
7  SHERIFF GREGORY AHERN and
   ALAMEDA COUNTY
8

9  KEENAN WILKINS aka
     NEERAH BROWN, AN2387
10 CSP-SAC
   PO Box 290066
11 Represa, CA 95671
12 Plaintiff In Pro Per
13
14
15                          UNITED STATES DISTRICT COURT
16                         NORTHERN DISTRICT OF CALIFORNIA
17
18
19 KEENAN G. WILKINS,                   Case No. 5:10-cv-02818-LHK
20        Plaintiff,                    **STIPULATION TO DISMISSAL WITH PREJUDICE**
21        v.
22 GREG AHERN, SHERIFF, ALAMEDA
   COUNTY, et al.,
23
          Defendants.
24
25
26
27        IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned
28

---
1
STIPULATION TO DISMISSAL WITH PREJUDICE
*Wilkins v. Ahern, et al.*; U.S.D.C. Northern District of CA Case No. 5:10-cv-02818-LHK

counsel, that the above-captioned action be dismissed with prejudice in its entirety, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

**SO STIPULATED.**

Dated: December 10, 2014         BERTRAND, FOX & ELLIOT

By: /s/ Michael C. Wenzel
Michael C. Wenzel
Attorneys for Defendants
SHERIFF GREGORY AHERN and
COUNTY OF ALAMEDA

Dated: Dec. 2, 2014         KEENAN G. WILKINS

By: /s/ Yolanda Huang
Yolanda Huang
Attorney In Fact for Plaintiff
KEENAN WILKINS

ORDER:
As of December 19, 2014, this stipulation is APPROVED AND SO ORDERED. The Clerk shall close the case file.

*Lucy H. Koh*